No. 1330.   FLEEGER *v.* RAGEN, WARDEN.   Petition for writ of certiorari to the Criminal Court of Cook County, Illinois;

No. 1331.   SOROSS *v.* RAGEN, WARDEN.   Petition for writ of certiorari to the Criminal Court of Cook County, Illinois;

No. 1332.   BAXTER *v.* RAGEN, WARDEN.   Petition for writ of certiorari to the Circuit Court of Will County, Illinois; and

No. 1333.   BRILL *v.* RAGEN, WARDEN.   Petition for writ of certiorari to the Criminal Court of Cook County, Illinois.   May 19, 1947.   Denied.

Nos. 1286 and 1370.   SPEARS *v.* SPEARS.   See *ante,* p. 790.

No. 1139.   HEFFRON, TRUSTEE IN BANKRUPTCY, ET AL. *v.* UNITED STATES.   June 2, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.   *Martin Gendel* for petitioners.   Acting *Solicitor General Washington, Sewall Key, A. F. Prescott* and *S. Dee Hanson* for the United States.

No. 1154.   UNITED STATES *v.* MODERN REED & RATTAN Co., INC. ET AL.   June 2, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Acting Solicitor General Washington* for the United States.   *Philip S. Agar* for respondents.

No. 1155.   BANKERS FARM MORTGAGE Co. *v.* UNITED STATES.   June 2, 1947.   Petition for writ of certiorari to